# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:                  | CHAPTER # 7        |
|-------------------------|--------------------|
| ELIPIDIO R DOMINGUEZ    | CASE NO. 08-28823  |
| Debtor.                 |                    |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X** __A__ The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Ford Motor<br>Address unknown | $1790.49 |
| West Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $36.18 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1826.67** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 7th day of October, 2010.

/s/
Steven R. Bailey, Trustee